### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RICHARD MILLICAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| ONEBEACON AMERICA INSURANCE CO. ) | |
| and BARR-NUNN TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL

1.  The above-named plaintiff on the December 6, 2010, filed his Complaint in the Chancery Court for the Thirtieth Judicial District, Memphis Tennessee, against the above-named defendants bearing docket number CH-11-1984-2.

2.  A copy of the Summons and Complaint, which were served upon the OneBeacon American Insurance Company through the Commissioner of Insurance, State of Tennessee, on December 14, 2011 are attached hereto and filed herewith. These are all of the process, pleadings and orders which have been served upon this defendant.

3.  Plaintiff was at the time of the commencement of said action and still is a citizen and resident of the State of Tennessee and of no other state.

4.  OneBeacon American Insurance Company was at the time of the commencement of said action and still is a corporation organized under the laws of the State of Delaware and of no other state, with its principal office in Canton Massachusetts.

5.  Barr-Nunn Transportation, Inc., is identified as a nominal defendant only (Complaint, paragraph 1), and was at the time of the commencement of said action and still is a corporation

organized under the laws of the State of Iowa and of no other state, with its principal office in Granger, Iowa.

6. The amount in controversy in said action exceeds the sum or value of Seventy-Five Thousand and 00/100 Dollars ($ 75,000.00), exclusive of interest and costs; is wholly between the citizens of different States; is within the jurisdiction of this Court, pursuant to the provisions of 28 U.S.C. § 1332; and is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

**WHEREFORE, PREMISES CONSIDERED,** this Defendant prays this Court accept this Notice and proceed with the action heretofore referred to in accordance with law.

Respectfully submitted,

**FEENEY & MURRAY, P.C.**

By: s/sJohn Thomas Feeney
**John Thomas Feeney**
BPRN  11482
Attorneys for Defendant
424 Church Street, Suite 2230
Nashville, Tennessee  37219
(615) 242-3700

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have forwarded a true and correct copy of the foregoing, **via United States Mail, postage prepaid**, to:

Andrew E. Bender, Esq.
Attorney for Plaintiff
382 Washington Avenue
Memphis, Tennessee 38105

This, the 11th day of January, 2012.

s/s John Thomas Feeney
**John Thomas Feeney**