IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RICHARD MILLICAN, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   Case No. |
| | ) |
| ONEBEACON AMERICA INSURANCE CO. | ) |
| and BARR-NUNN TRANSPORTATION, INC., | ) |
| | ) |
|   Defendant. | ) |

### NOTICE OF REMOVAL OF CASE TO PLAINTIFF'S ATTORNEY

      To:   Andrew E. Bender, Esq.
              Attorney for Plaintiff
              382 Washington Avenue
              Memphis, Tennessee 38105

      Notice is hereby given that OneBeacon America Insurance Company, defendant in the above-styled cause heretofore filed in the Chancery Court of Shelby County, Tennessee, has this day filed in the District Court of the United States for the Western District of Tennessee, in the office of the Clerk thereof, in Memphis, Tennessee, a Notice of Removal of said cause from said state court to the said District Court and has attached to said Notice of Removal the Summons and Complaint. A copy of said Notice of Removal is attached hereto and served herewith.

                                    Respectfully submitted,

                                    **FEENEY & MURRAY, P.C.**

                                    **By: s/sJohn Thomas Feeney**
                                      **John Thomas Feeney**
                                      BPRN  11482
                                      Attorneys for Defendant
                                      424 Church Street, Suite 2230
                                      Nashville, Tennessee  37219
                                      (615) 242-3700

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have forwarded a true and correct copy of the foregoing, **via United States Mail, postage prepaid**, to:

>Andrew E. Bender, Esq.
>Attorney for Plaintiff
>382 Washington Avenue
>Memphis, Tennessee 38105

This, the 11th day of January, 2012.

>**s/s John Thomas Feeney**
>**John Thomas Feeney**