UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **Richard Millican,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | No.: 2:12-cv-02019-STA-cgc |
| ) | |
| **One Beacon America Insurance Co. and** ) | |
| **Barr-Nunn Transportation, Inc.,** ) | |
|     **Defendant.** ) | |

**STIPULATION OF DISMISSAL**

Come the parties, through counsel, and pursuant to FRCP 41(1)(ii), move the Court to dismiss this case, with prejudice. The parties have settled all issues in this matter. The parties have agreed no discretionary costs shall be allowed.

Respectfully submitted,

| | |
|---|---|
| **FEENEY & MURRAY, P.C.** | **LAW OFFICE OF ANDREW BENDER** |
| | |
| **/s/ John Thomas Feeney, Esq.** | **/s/ Andrew E. Bender, Esq.** |
| **John Thomas Feeney, Esq.** | **Andrew E. Bender, Esq.** |
| BPRN  11482 | BPRN 5916 |
| Attorneys for Defendants, | Attorney for Plaintiff |
| P.O. Box 198685 | 382 Washington Avenue |
| Nashville, Tennessee  37219 | Memphis, Tennessee 38105 |
| (615) 242-3700 | (901) 526-1568 |