## UNITED STATES DISTRICT COURT
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

```
RICHARD MILLICAN                        JUDGMENT IN A CIVIL CASE

v.

ONE BEACON AMERICA INSURANCE CO.        CASE NO: 12-2019-A
and BARR-NUNN TRANSPORTATION, INC.,
```

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Stipulation Of Dismissal entered on July 26, 2012, this cause is hereby dismissed with prejudice.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 7/30/2012                              THOMAS M. GOULD
                                             Clerk of Court


                                              s/Terry L. Haley
                                         (By)  Deputy Clerk