UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

RICHARD MILLICAN,

    Plaintiff                                 JUDGMENT IN A CIVIL CASE

V

ONE BEACON AMERICAN INSURANCE        CASE NO: 12-2019-STA
CO. and BARR-NUNN TRANSPORTATION,
INC.,
    Defendants

---

DECISION BY COURT.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal entered on July 26, 2012, this matter is hereby dismissed.


APPROVED:


s/S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

JULY 30, 2012                                      Thomas M. Gould
Date                                                  Clerk of Court


                                                       sTerry Haley
                                                       (By)  Deputy Clerk